JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CRISP ENTERPRISES, INC. dba C2 REPROGRAPHICS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation,<br><br>Defendant. | Case No. 8:15-CV-02011-JVS (KESx)<br><br>**JUDGMENT** |

The Court, having denied the Motion for Partial Summary Judgment filed by Plaintiff Crisp Enterprises, Inc. dba C2 Reprographics and sua sponte granted Summary Judgment for Defendant Golden Eagle Insurance Corporation on February 26, 2016, (Docket No. 25), and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Judgment is entered in favor of Defendant Golden Eagle Insurance Corporation and against Plaintiff Crisp Enterprises, Inc. dba C2 Reprographics.  Plaintiff Crisp Enterprises, Inc. dba C2 Reprographics shall take nothing in this action.

-2-

1     2. Defendant Golden Eagle Insurance Corporation shall recover
2 from Plaintiff Crisp Enterprises, Inc. dba C2 Reprographics costs incurred herein, as
3 shall be determined by the Clerk of the Court pursuant to an Application To The
4 Clerk To Tax Costs.

6 DATED: May 05, 2016

                                    Honorable James V. Selna
                                United States District Court Judge